UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID HARDY,

       Petitioner,          CASE NO. 2:10-14310
                                         HONORABLE GEORGE CARAM STEEH
v.                                 UNITED STATES DISTRICT JUDGE

THOMAS BIRKETT,

       Respondent.
_____/

### OPINION AND ORDER DENYING THE MOTION FOR RECONSIDERATION OF THE CERTIFICATE OF APPEALABILITY

On September 11, 2013, this Court denied petitioner's habeas application that had been brought pursuant to 28 U.S.C. § 2254 and also denied petitioner a certificate of appealability and leave to appeal *in forma pauperis*. The United States Court of Appeals for the Sixth Circuit subsequently denied petitioner's application for a certificate of appealability, his motion for leave to proceed *in forma pauperis,* and dismissed the appeal. *Hardy v. Birkett,* No. 13-2328 (6th Cir. June 10, 2014).

Pending before the Court is petitioner's "Motion for Reconsideration," in which he asks this Court to grant him a certificate of appealability on his claims.

In light of the fact that the Sixth Circuit has denied petitioner a certificate of appealability and dismissed petitioner's appeal, any motion for a certificate of appealability will be denied as moot. *See Woodberry v. Bruce,* 203 F. App'x. 186, 189 (10th Cir. 2006). The Sixth Circuit's denial of petitioner's motion for a certificate of appealability and the dismissal of petitioner's prior appeal divested this Court of any

-1-

power to grant petitioner a certificate of appealability on the issues he previously appealed and lost on before the Sixth Circuit. *Id.*

IT IS ORDERED that Petitioner's "Motion For Reconsideration" [Dkt. # 42] is **DENIED AS MOOT.**

Dated: August 18, 2014

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on August 18, 2014, by electronic and/or ordinary mail and also on David Hardy #159525, Bellamy Creek Correctional Facility, 1727 West Bluewater Highway, Ionia, MI 48846.

s/Barbara Radke
Deputy Clerk